**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No.  09-cr-00151-CMA-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    LAWANNA CLARK,

    Defendant.

---

**ORDER REGARDING DISCLOSURE OF ADDITIONAL GRAND JURY MATERIALS**

---

    Upon consideration of the Government's Motion to Disclose Copies of Additional Grand Jury Materials Under Specified Conditions to Attorney for the Defendant (Doc. # 22), it is

    ORDERED that a copy of the transcripts of the additional testimony given before Grand Jury 06-1 and identified in the government's motion, as well as related exhibits, be disclosed to the attorney for Defendant Lawanna Clark for preparation for trial.

    IT IS FURTHER ORDERED that defense counsel handle these materials under the same conditions set forth in the Court's previous Order (Doc. # 13) allowing disclosure of other Grand Jury materials.

    DATED:  September  28 , 2009

                                          BY THE COURT:

                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Judge