**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE CHRISTINE M. ARGUELLO**

Courtroom Deputy: Valeri P. Barnes                    Date: October 13, 2009
Court Reporter: Darlene Martinez

---

Criminal Action No. 09-cr-00151-CMA

*Parties:*                                        *Counsel:*

UNITED STATES OF AMERICA,                          Matt Kirsch

     Plaintiff,

v.

LAWANNA CLARK,                                     Richard Kornfeld

     Defendant.

---

**COURTROOM MINUTES**

---

HEARING: Motions

**9:18 a.m.      Court in session**.

Defendant present; on bond.

Also present: IRS Special Agent Chad Eichelberger.

**ORDER:**      Defendant's Motion to Dismiss Indictment for Lack of Materiality or, in the Alternative, Failure to Adequately Advise Defendant **(15)** is **denied**.

**ORDER:**      Defendant's Motion to Dismiss Indictment-Duplicity **(16)** is **denied**.

**ORDER:**      Defendant's Motion for Notice of Rule 404(b), 608 and 609 Evidence **(17)** is **granted in part, denied in part** as follows:
      1)      Granted as to 404(b) and 609 evidence;
      2)      Denied as to 608 evidence.

**ORDER:**    Motion to Admit Defendant's Entire Grand Jury Testimony at Trial **(18)** is **granted**.

**ORDER:**    Government's Motion to File Motion Responses Out of Time **(24)** is **granted**.

**ORDER:**    Defendant's Motion to Continue Motions Hearing **(29)** is **denied**.

**DEADLINES/HEARINGS:**
Final Trial Preparation Conference set for **October 23, 2009, at 9:00 a.m.**
Two-day jury trial set for **November 9, 2009, at 9:00 a.m.**

**ORDER:**    Bond is continued.

**9:39 a.m.**    **Court in recess/hearing concluded**.

Total in-court time: 00:21