## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00151-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LAWANNA CLARK,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE CHRISTINE M. ARGUELLO

    This matter is before the Court *sua sponte*. Because of a conflict has arisen on this Court's calendar, the Sentencing in this matter has been RESET from 8:30 a.m. **to 11:00 a.m.** on January 21, 2010.

    DATED: January 19, 2010